UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD EVANS,<br><br>                    Plaintiff,<br>    v.<br><br>KEITH WILLIAMS, *et al.*,<br><br>                  Defendants. | Case No. 3:25-cv-00485-MMD-CSD<br><br>ORDER |

On September 5, 2025, pro se plaintiff Todd Evans filed an application to proceed *in forma pauperis* by an inmate at Northern Nevada Correctional Center. ECF No. 1. Plaintiff did not submit a complaint. "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

It is therefore ordered that Plaintiff has **until October 20, 2025**, to file a signed complaint with the Court. Alternatively, if Plaintiff initiated this action in error, then he may file a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing it.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order.

The Clerk of the Court is directed to send Plaintiff Todd Evans the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

DATED: September 18, 2025.



UNITED STATES MAGISTRATE JUDGE