UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TODD EVANS,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>KEITH WILLIAMS, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:25-cv-00485-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Todd Evans filed a document titled Motion for Clerical Error, arguing that this lawsuit was filed in error. (ECF Nos. 6, 7.) Plaintiff's motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

It is therefore ordered that the motion to dismiss (ECF Nos. 6, 7) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and this action is dismissed without prejudice.

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

DATED THIS 1st Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE